UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LARRY LARE,

      Plaintiff,

v.                                          Case No.:  2:20-cv-238-FtM-38MRM

EMMETT CALDWELL,

      Defendant.
                                           /

### **ORDER**[1]

This matter comes before the Court on *sua sponte* review of the file. The Court directed *pro se* Defendant Emmett Caldwell to supplement his Notice of Removal by April 23, 2020 and show cause why this case should not be remanded for lack of subject matter jurisdiction. (Doc. 5). It warned Caldwell that failure to do so would cause the Court to remand the case without further notice. (Doc. 5 at 3). Caldwell has missed the deadline. And he has not moved for an extension of time to supplement the Notice of Removal. The Court thus remands this case for lack of subject matter jurisdiction.

Accordingly, it is

**ORDERED:**

1. The above-captioned case is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

2. The Clerk of Court is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

3. The Clerk is **DIRECTED** to terminate any pending motions, enter judgment, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of April 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record